AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Yamila Vazquez, <br><br><br> *Plaintiff(s)* <br> v. <br><br> T.L.C. Nursing Registry, Inc., <br> and Farid Sahari, individually, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  0:26-cv-60945-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  T.L.C. Nursing Registry. Inc.
through its Registered Agent:

Ralph Kenol, P.A.

2514 Hollywood Boulevard
Suite 205
Hollywood, FL 33020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Simpson & Mena, P.A.
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Apr 6, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Yamila Vazquez, <br><br> _Plaintiff(s)_ <br><br> v. <br><br> T.L.C. Nursing Registry, Inc., <br> and Farid Sahari, individually, <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  0:26-cv-60945-AHS |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Farid Sahari

> 2514 Hollywood Boulevard
> Suite 508
> Hollywood, FL 33020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Simpson & Mena, P.A.
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Apr 6, 2026



**SUMMONS**

_s/ K. Rivers_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court